DEFENDANT: MARK PERLSTEIN

YOB: 1965

COMPLAINT FILED? ___ Yes  _X_ No

If Yes, MAGISTRATE CASE NUMBER

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___ Yes  _X_ No

OFFENSE(S): COUNTS 1-6, Wire Fraud, 18 U.S.C. § 1343

LOCATION OF OFFENSE: Boulder County, Colorado

PENALTY: COUNTS 1-6: NMT 20 years, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment.

AGENT: Sarah Anderson
Special Agent, FBI

AUTHORIZED BY: Robert Brown
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

_X_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.