| | |
|---|---|
| DEFENDANT: | MICHAEL VERGATO |
| YOB: | 1977 |
| COMPLAINT FILED? | ___ Yes  _X_ No |
| | If Yes, MAGISTRATE CASE NUMBER |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ___ Yes  _X_ No

| | |
|---|---|
| OFFENSE(S): | COUNTS 1-6, Wire Fraud, 18 U.S.C. § 1343 |
| LOCATION OF OFFENSE: | Boulder County, Colorado |
| PENALTY: | COUNTS 1-6: NMT 20 years, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment. |
| AGENT: | Sarah Anderson<br>Special Agent, FBI |
| AUTHORIZED BY: | Robert Brown<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

_X_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.